# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**HERMAN H. LEFORS, JR,**
**#562195**                                                      **PLAINTIFF**

**V.**                 **CASE NO. 3:20-CV-301-BSM-BD**

**KEITH BOWERS**                                                       **DEFENDANT**

## ORDER

Plaintiff Herman H. LeFors, Jr. has stated constitutional claims against Defendant Bowers for purposes of screening. (Doc. No. 2) Accordingly, the Clerk of Court is directed to prepare a summons for Defendant Bowers. The United States Marshal is directed to serve Defendant Bower with the summons and a copy of the Complaint, with any attachments (Doc. No. 2), without requiring prepayment of fees and costs or security. Service for Defendant Bowers should be attempted at the Craighead County Sheriff's Department, 901 Willet Road, Jonesboro, Arkansas 72401.

IT IS SO ORDERED, this 7th day of October, 2020.

_____
UNITED STATES MAGISTRATE JUDGE