IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**HERMAN H. LEFORS, JR,**
**#562195**                                                                                   **PLAINTIFF**

V.                          CASE NO. 3:20-CV-301-BSM-BD

**KEITH BOWERS**                                                                   **DEFENDANT**

## ORDER

In this case, Plaintiff Herman H. LeFors, Jr. claims that Defendant Bowers denied him access to courts. (Doc. No. 2) Mr. LeFors has now filed a motion for leave to supplement or amend the complaint. (Doc. No. 5) He has not explained, however, how he proposes to supplement or amend his complaint.

If Mr. LeFors wants to amend or supplement his complaint, he must attach a proposed amended or supplemental complaint to a motion for leave to amend. He is not required to file a brief in support. Mr. LeFors is reminded that additional claims must be factually related to the claim that is pending in this lawsuit.

The motion to amend (Doc. No. 5) is DENIED, without prejudice, this 20th day of October, 2020.

_____
UNITED STATES MAGISTRATE JUDGE