IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**NICHOLAS PHILLIP CASKEY,**
**ADC #553102**                                                                                   **PLAINTIFF**

**V.**                               **CASE NO. 3:20-CV-253-BSM-BD**

**KEITH BOWERS**                                                                                 **DEFENDANT**

## ORDER

Plaintiff Nicholas Phillip Caskey has filed another motion asking about the status of this case. (Doc. No. 19) The motion is GRANTED.

A scheduling order was issued November 13, 2020. If Defendant Bowers plans to pursue a motion for summary judgment, he has until December 14, 2020, to file such a motion. (Doc. No. 18)

In the pending motion, Mr. Caskey asks when he should file a declaration from another inmate. As explained in the Court's Initial Order (Doc. No. 3), Mr. Caskey should not send documents or other evidence to the Court unless it is attached to a motion for summary judgment; or in response to a motion for summary judgment; or if the Court orders him to send documents or other evidence.

Mr. Caskey also requests "a list of procedures in order." There is no list of procedures in any order.

SO ORDERED, this 30th day of November, 2020.

_____
UNITED STATES MAGISTRATE JUDGE