IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**HERMAN H. LEFORS, JR**                                                 **PLAINTIFF**

V.                  **CASE NO. 3:20-CV-301-BD**

**KEITH BOWERS**                                                           **DEFENDANT**

## ORDER

Plaintiff Herman H. LeFors's notice dated April 20, 2021 (Doc. No. 43) is the most recent of his latest three notices of an address change. (Doc. Nos. 40, 44) The Clerk of Court is directed to update Mr. LeFors's address: 1423 South Elm St., Little Rock, AR 72204. He is no longer incarcerated at the Arkansas Division of Correction, Tucker Unit. (Doc. No. 46)

Now that he is no longer in prison, Mr. LeFors must file an updated application to proceed *in forma pauperis* (IFP). The Clerk of the Court is directed to send Mr. LeFors a new IFP application. Mr. LeFors must file the updated application within 30 days or risk dismissal of his claims.

Defendant Bowers has moved to depose Mr. LeFors. (Doc. No. 42) In light of Mr. LeFors's release from custody, Defendant Bowers does not need leave of the Court to depose Mr. LeFors. Federal Rule of Civil Procedure 30(a)(2). Accordingly, that motion (Doc. No. 42) is DENIED, as moot.

IT IS SO ORDERED, this 28th day of April, 2021.

UNITED STATES MAGISTRATE JUDGE