# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**HERMAN H. LEFORS, JR**                                              **PLAINTIFF**

**V.**                         **NO. 3:20-cv-00301-ERE**

**KEITH BOWERS**                                                       **DEFENDANT**

## ORDER

On April 28, 2021, the Court directed Plaintiff Herman LeFors, Jr., following his release from prison, to file an updated non-prisoner *in forma pauperis* (IFP) application within thirty days or risk dismissal of his claims. *Doc. 47*. Plaintiff was previously warned that his case could be dismissed if he failed to comply with the Court's Orders. *Doc. 3*.

On June 15, 2021, Plaintiff filed a motion for extension of time to file an updated IFP application. *Doc. 55*. On June 17, 2021, the Court granted Plaintiff's motion and set a new deadline of July 13, 2021 for Plaintiff to submit an updated IFP application. *Doc. 56*. Plaintiff has not submitted a non-prisoner IFP application, as directed, and the time to do so has passed.

IT IS THEREFORE ORDERED THAT:

Plaintiff Herman LeFors, Jr.'s claims are DISMISSED, without prejudice, based on his failure to comply with the Court's April 28, 2021 and June 17, 2021 Orders. *See* Local Rule 5.5(c)(2).

DATED this 19th day of July, 2021.

_____
UNITED STATES MAGISTRATE JUDGE