# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**HERMAN H. LEFORS, JR**                                                           **PLAINTIFF**

V.                                   NO. 3:20-cv-00301-ERE

**KEITH BOWERS**                                                                   **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered today, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice.

DATED this 19th day of July, 2021.

_____
UNITED STATES MAGISTRATE JUDGE